EXHIBIT B

